Commonwealth ex rel. Fischetti, Appellant, *v.*
Russell.

Submitted November 8, 1965. *Vincent Fischetti,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.